JS6

```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT


        [    1 9 2008


CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DEEP WATER BAIL BONDS, a California corporation, | ) CASE NO. **SACV07-666 AG (ANx)** |
| | ) Hon. Andrew Guilford/10D |
| Plaintiff, | ) Action Filed:   June 6, 2007 |
| vs. | ) **JUDGMENT** |
| | ) [Proposed] |
| TINA MARIE BAVOUSET, individually and doing business as BLAZEN BAIL BONDS; and DOES 1 through 100, inclusive. | ) |
| | ) |
| | ) |
| Defendants. | ) |

The above entitled case was filed by plaintiff Deep Water Bail Bonds against defendant Tina Marie Bavouset, individually and doing business as Blazen Bail Bonds. Plaintiff sought a permanent injunction precluding defendant from infringing on plaintiff's federally registered service mark, attorney fees under 15 U.S.C.§1117(a), damages, and costs.

The Parties, through their respective counsel entered into a Stipulation for Entry of Judgment. The Court has reviewed that Stipulation for Entry of Judgment and finding good cause hereby enters judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED:**

That defendant Tina Marie Bavouset, individually and doing business as Blazen Bail Bonds, and her agents, servants, ~~and~~ other employees, and all persons acting under, in concert with, or for her are permanently and forever enjoined and restrained from: improperly

1.     Using the slogan "Don't Go to Bed with Bars Over Your Head", or any variation of that slogan including any slogan using the phrase "Don't Go to Bed" in connection with any bail bond business or any bail bond services or related services within the United States of America;

2.     Otherwise infringing on plaintiff's slogan and registered service mark, to wit: "Don't Go To Bed with a Price on Your Head";

3.     Causing likelihood of confusion, deception, or mistake as to the source, nature, or quality of defendant's bail bond services;

4.     Defendant shall forthwith remove any decal, or banner displaying the slogan "Don't Go to Bed with Bars Over Your Head" on her vehicle, business signs, business cards, or stationery;

5.     Defendant shall forthwith cancel and withdraw any application placed with the United States Patent and Trademark office or any state office, attempting to register the service mark: "Don't Go to Bed with Bars Over Your Head" and shall cooperate with plaintiff in cancelling defendant's service mark identified as Registration No. 3,368,821;

6.     Defendant shall forthwith cease placing any advertisements in any telephone directory using the slogan "Don't Go to Bed with Bars Over Your Head", or any variation of that slogan including any slogan using the phrase "Don't Go to Bed";

7.     Defendant is ordered to file with this Court and serve on plaintiff within 30 days after service of an injunction, a report in writing under oath, setting forth in detail the manner and form in which defendant has complied with the injunction;

8.     Defendant is ordered to deliver up and destroy all infringing materials including all literature, advertising, and other material bearing the infringing designations;

9.    That each party shall bear their own costs and attorney fees.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendants
Registration No. 3,368,821 issued by the United States Patent and Trademark Office for the
service mark "Don't Go to Bed with Bars Over Your Head" is ordered cancelled and removed
from the Principal register.

Dated: MAY 19, 2008

Honorable Andrew Guilford
United States District Court Judge